|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | AUG 12 2022 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JAMES B. WOLFF,

        Plaintiff-Appellee,

 v.

TOMAHAWK MANUFACTURING, a Wisconsin corporation,

        Defendant-Appellant.

No.   22-35145

D.C. No. 3:21-cv-00880-SI
District of Oregon,
Portland

ORDER

Before:  Lisa B. Fitzgerald, Appellate Commissioner.

    Appellee's unopposed motion (Docket Entry No. 22) to file the answering brief under seal is granted.  The Clerk will file publicly the motion to seal (Docket Entry No. 22-1).  The Clerk will file under seal the answering brief (Docket Entry No. 22-2).

    Within 21 days of this order, appellee must submit for public filing a redacted version of the answering brief that redacts any language from the FOT Agreement referenced in the motion to seal.  The page numbering and citations in the public brief must remain the same as in the sealed brief.

    The optional reply brief is due September 6, 2022.

MKS/MOATT