**David W. Silke** (OBN 914295)
Email: dsilke@grsm.com
**Robert L Gillette, II** (OBN 220903)
Email: rgillette@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (206) 695-5112
Facsimile: (503) 616-3600

**Thomas C. Koessl**, *Pro Hac Vice*
E-Mail: tkoessl@lgcounsel.com
**Ashleigh A. Stochel**, *Pro Hac Vice*
E-mail: astochel@lgcounsel.com
L&G LAW GROUP, LLP
Chicago, Illinois 60610
Telephone: (312) 364-2500

<u>Of Attorneys for Defendant Tomahawk Manufacturing</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JAMES B. WOLFF,<br><br>    Plaintiff,<br><br>    v.<br><br>TOMAHAWK MANUFACTURING, a Wisconsin corporation,<br><br>    Defendant. | No. 3:21-cv-00880-SI<br><br>**DECLARATION OF ROBERT L. GILLETTE II IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND CASE MANAGEMENT ORDER** |

I, Robert L. Gillette II, declare as follows:

1.     The parties to this matter are not engaged in discussions to resolve Plaintiff's request to file a Third Amended Complaint.

1

2

      2.      I have searched our file, and I am not aware of any outstanding discovery requests by either party.

      3.      I, nor any of my co-counsel, have recently conferred with Plaintiff's counsel regarding additional discovery.

      4.      Plaintiff's counsel has not requested any additional depositions.

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

Executed this 5th day of December 2022 at Seattle, WA.

                        *s/ Robert L. Gillette, II*
                        Robert L. Gillette, II, OBN 220903

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, the foregoing document will be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered participants.

Morris J. Morris, OSB #772839
Aruna A. Masih, OSB #973241
mike@bennetthartman.com
aruna@bennetthartman.com
*Attorneys for Plaintiff*

Michael G. Jacobs, OSB #09392
mike@bennetthartman.com
*Attorney for Defendant*

Thomas C. Koessl, Pro Hac Vice
Asleigh A. Stochel, Pro Hac Vice
tkoessl@lgcounsel.com
astochel@lgcounsel.com
*Admitted Pro Hac Vice Attorneys for Defendants*

DATED: December 5, 2022.

*s/ Christine F. Zea*
Christine F. Zea, Legal Assistant