UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 7 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES B. WOLFF,<br><br>　　　　　　Plaintiff-Appellee,<br><br>　v.<br><br>TOMAHAWK MANUFACTURING, a<br>Wisconsin corporation,<br><br>　　　　　　Defendant-Appellant. | No.　22-35145<br><br>D.C. No. 3:21-cv-00880-SI<br>District of Oregon,<br>Portland<br><br>ORDER |

Before:  O'SCANNLAIN, McKEOWN, and MILLER, Circuit Judges.

Wolff's motion for attorney's fees (Dkt. No. 58) is denied because he has failed to identify an applicable provision in support of his claim within the contracts alleged.  Wolff's motion to seal his attorney's fees filings (Dkt. No. 60) is granted.